UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

    PATRICK JOSEPH DOMAGALSKI      CASE NO. 19-54704-MAR
    CHAPTER 13
    HONORABLE MARK A. RANDON

    DEBTOR.
_____/
CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
O'REILLY RANCILIO P.C.
Sterling Town Center
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 997-6481
(586) 726-1000
_____/

**AFFIDAVIT OF DEFAULT**

STATE OF MICHIGAN)

COUNTY OF MACOMB)

    Craig S. Schoenherr, Sr. states as follows:

    1.    He is the attorney of record for Santander Consumer USA Inc. dba Chrysler Capital ("Creditor") in this matter.

    2.    The Creditor holds a valid, perfected security interest in a certain 2018 Jeep Compass bearing vehicle identification number 3C4NJDCB3JT372847.

    3.    On April 15, 2020, an Order for Modification of the Automatic Stay and Resolving Motion for Relief from the Automatic Stay was entered with this Court, requiring Debtor to make the following payments:

| | |
|---|---|
| May 12, 2020: | regular monthly payment of $363.42 |
| June 12, 2020: | $431.92 plus the regular monthly payment of $363.42 = $795.34 |
| July 12, 2020: | $431.92 plus the regular monthly payment of $363.42 = $795.34 |
| August 12, 2020: | $431.92 plus the regular monthly payment of $363.42 = $795.34 |
| September 12, 2020: | $431.92 plus the regular monthly payment of $363.42 = $795.34 |
| October 12, 2020: | $431.92 plus the regular monthly payment of $363.42 = $795.34 |
| November 12, 2020: | $431.92 plus the regular monthly payment of $363.42 = $795.34 |

4. The Order stated that if the Debtor fails to make any of the above payments, the Automatic Stay of 11 U.S.C. § 362 is terminated upon the submission of an Affidavit of Default to the Court and service of said Affidavit on the Trustee as to the 2018 Jeep Compass bearing vehicle identification number 3C4NJDCB3JT372847.

5. On October 5, 2020, the Creditor reviewed the Debtor's account, and the account was past due for the June 12, 2020, payment for a total past due of $3,181.36.

6. The Debtor failed to make payments as required by the Order.

7. The Debtor has failed to comply with the terms of the Order.

8. Upon the failure of the Debtor to comply with the terms of the Order, the Automatic Stay of 11 U.S.C. § 362 is terminated as to the interest of Santander Consumer USA Inc. dba Chrysler Capital in the 2018 Jeep Compass bearing Vehicle Identification Number 3C4NJDCB3JT372847.

    O'REILLY RANCILIO P.C.

    */s/ Craig S. Schoenherr, Sr.*
    _____
    CRAIG S. SCHOENHERR, SR. (P32245)
    Attorney for Creditor
    12900 Hall Road, Suite 350
    Sterling Heights, MI  48313-1151
    (586) 726-1000
    ecf@orlaw.com

DATED:  October 5, 2020