UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

PATRICK JOSEPH DOMAGALSKI     CASE NO. 19-54704-MAR
CHAPTER 13
HONORABLE MARK A. RANDON

DEBTOR.
_____/
DOUGLAS P. CHIMENTI (P67859)
Attorney for Debtor
15400 Nineteen Mile Rd., Suite 115
Clinton Township, MI 48038
(313) 961-3070
---------------------------------
CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
O'REILLY RANCILIO P.C.
Sterling Town Center
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 997-6481
(586) 726-1000
_____/

**PROOF OF SERVICE OF AFFIDAVIT OF DEFAULT**

    CRAIG S. SCHOENHERR, SR., being first duly sworn, deposes and says that on October 5, 2020, a copy of the Affidavit of Default and this Proof of Service was served upon:

| | |
|---|---|
| Douglas P. Chimenti | Krispen S. Carroll |
| Attorney for Debtor | Trustee |
| 15400 Nineteen Mile Rd., Suite 115 | 719 Griswold, Suite 1100 |
| Clinton Township, MI 48038 | Detroit, MI 48226 |

electronically pursuant to the court notice of service, and to those not electronically registered by first class mail, postage fully prepaid thereon.

                              O'REILLY RANCILIO P.C.

                              */s/ Craig S. Schoenherr, Sr.*
                              CRAIG S. SCHOENHERR, SR. (P32245)
                              Attorney for Creditor
                              12900 Hall Road, Suite 350
                              Sterling Heights, MI 48313-1151
                              (586) 726-1000
                              ecf@orlaw.com

DATED: October 5, 2020